# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS L. HOPPER, | No. 2:20-CV-1802-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 23, for an extension of time to file a second amended complaint. Good cause appearing therefor based on Plaintiff's declaration regarding continuing health problems, Plaintiff's motion is granted. Plaintiff shall file a second amended complaint within 60 days of the date of this order.

IT IS SO ORDERED.

Dated: April 12, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1