IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS L. HOPPER, | No. 2:20-CV-1802-KJM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's fifth motion, ECF No. 25, for an extension of time to file a second amended complaint.  Good cause appearing therefor based on Plaintiff's declaration regarding a recent positive COVID-19 diagnosis and resulting quarantine, Plaintiff's motion is granted.  Plaintiff shall file a second amended complaint within 60 days of the date of this order.  Further requests for additional time will be highly disfavored and only granted upon an extraordinary showing of need.

IT IS SO ORDERED.

Dated:  June 24, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1