1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11  DOUGLAS L. HOPPER,                       No. 2:20-CV-1802-KJM-DMC-P

12             Plaintiff,

13       v.                                  <u>ORDER</u>

14  GAVIN NEWSOM, et al.,

15             Defendants.

16

17         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to
18  42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for "an Administrative
19  Directive," which the Court construes as a motion for an extension of time.  <u>See</u> ECF No. 27.
20         On August 23, 2021, the Court dismissed Plaintiff's first amended complaint and
21  directed Plaintiff to file a second amended complaint within 30 days.  <u>See</u> ECF No. 15.  Since that
22  order was issued, Plaintiff has sought and been granted five separate extensions of time.  <u>See</u> ECF
23  Nos. 18, 20, 22, 24, and 26.  In his current (sixth) motion, Plaintiff states that he has been
24  experiencing difficulty accessing the prison law library as a Preferred Legal User.  <u>See</u> ECF No.
25  27.  Even though the Court outlined the law relating to the defects in Plaintiff's first amended
26  complaint and observes that legal research is not required in order to prepare Plaintiff's second
27  amended complaint, the Court will nonetheless grant one more extension of time.  Plaintiff is
28  cautioned, however, that further requests to extend the deadline to file a second amended

                                              1

complaint will not be granted absent a showing of extraordinary circumstances.  Plaintiff is also cautioned that failure to file a second amended complaint within the time provided therefor may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion, ECF No. 27, is construed as a motion for an extension of time to file a second amended complaint and, so construed, is granted; and

2. Plaintiff shall file a second amended complaint within 30 days of the date of this order.

Dated: August 3, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE