IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DOUGLAS L. HOPPER, | No. 2:20-CV-1802-KJM-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 29, for an extension of time.

Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to file his second amended complaint due to a vision impairment and limited prison law library access, Plaintiff's motion for an extension of time will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion, ECF No. 29, for an extension of time is granted

2. Plaintiff shall file a second amended complaint within 60 days of the date of this order; and

3. The Clerk of the Court is directed to terminate ECF No. 29 as a pending motion.

Dated: September 12, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE