IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS L. HOPPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | No. 2:20-CV-1802-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 33, for an extension of time. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to file his second amended complaint due to delays in accessing the prison law library access, Plaintiff's motion for an extension of time will be granted. Plaintiff shall file a second amended complaint within 60 days of the date of this order.

　　　　IT IS SO ORDERED.

Dated:  February 15, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE