IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS L. HOPPER, | No.  2:20-CV-1802-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 38, for a 60-day extension of time.

The Court dismissed Plaintiff's first amended complaint on August 23, 2021, and directed Plaintiff to file a second amended complaint within 30 days.  See ECF No. 15.  Since then, Plaintiff has filed motions for extensions of time on nine separate occasions, all of which have been granted, most recently on February 15, 2023.  See ECF No. 35.  Now before the Court is Plaintiff's tenth request for an extension of time to file a second amended complaint.

In the current motion, Plaintiff states that several boxes of his legal materials have gone missing since his placement and later release in January 2023 from administrative segregation.  See ECF No. 38.  According to Plaintiff, an inmate appeal relating to the missing boxes is pending at the Director's level.  See id.  Plaintiff seeks a tenth extension of time in order

to allow for that appeal to be resolved.  While it is unclear that successful resolution of Plaintiff's appeal will result in return o the missing boxes of legal materials, the Court will nonetheless order one additional extension of time of 60 days for Plaintiff to file a second amended complaint.  If Plaintiff is unable to secure return of the missing boxes of legal materials, he will be required to draft his second amended complaint based on information currently available to him.

          Accordingly, IT IS HEREBY ORDERED as follows:

          1.     Plaintiff's tenth motion for an extension of time, ECF No. 38, is granted in part.

          2.     Plaintiff shall file a second amended complaint within 60 days of the date of this order.

Dated:  April 28, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE