IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS L. HOPPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | No.  2:20-CV-1802-KJM-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On July 20, 2023, the Magistrate Judge filed findings and recommendations which were served on the parties and contained notice that the parties may file objections within the time specified therein.  No objections have been filed.

　　　　The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.  In light of plaintiff's repeated non-

compliance with court orders to file an amended complaint, as well as plaintiff's decision not to file objections to the findings and recommendations, dismissal is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2023, are **adopted** in full;

2. This action is **dismissed without prejudice** for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to **close** this case.

DATED: August 24, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE